# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 24-1651
(7:23-CV-1673-BO-RN)

_____

ROBERT PAUL SHARPE

    Plaintiff – Appellant

v.

UNITED STATES OF AMERICA

    Defendant – Appellee

---

## MOTION FOR IFP STATUS

---

Robert Sharpe, Appellant, respectfully comes before this Court requesting IFP status, approved in 24-1001, be allowed in this present matter.

    Respectfully submitted this 2ND day of August 2024,

/s/ Robert Sharpe
_____
Robert Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

1