FILED: September 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1651
(7:23-cv-01673-BO-RN)

_____

ROBERT PAUL SHARPE

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk