UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1651
(7:23-CV-1673-BO-RN)

_____

ROBERT PAUL SHARPE

       Plaintiff – Appellant

v.

UNITED STATES OF AMERICA

       Defendant – Appellee

---

MOTION TO EXTEND ACCESS TO PACER

---

Robert Sharpe, Appellant, respectfully comes before this Court, requesting an extension to the previously granted PACER fee exemption. *See* 24-1001, *In re Robert Sharpe*, [DE 22]. Access to PACER has helped Appellant advocate the complex issues before this Court.

Respectfully submitted this 9th day of December 2024,

/s/ Robert Sharpe
_____
Robert Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

1