UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1651
(7:23-CV-1673-BO-RN)

———————————

ROBERT PAUL SHARPE

    Plaintiff – Appellant

v.

UNITED STATES OF AMERICA

    Defendant – Appellee

---

## NOTICE RE: OIG POLICY

---

    Appellant, Robert Sharpe, respectfully comes before this Court and brings notice related to OIG whistleblower policy.

    Department of Health and Human Services, by Secretary Xavier Becerra, has ordered protection of federal contractor whistleblowers following OIG refusal to investigate under 41 U.S.C. § 4712. As stated:

> I have delegated to the Deputy Secretary within the Office of the Secretary (OS)/Immediate Office of the Secretary (IOS)/Office of the Deputy Secretary the authority vested in me as the Secretary of Health and Human Services (HHS) pursuant to section 41 U.S.C. 4712(c)(1), to issue an order denying relief as a final agency action for cases in which the

1

Office of the Inspector General (OIG)/Office of Investigations has found allegations of whistleblower retaliation to be unsubstantiated.

*See* FR Doc. 2024–11683. (attached)

Appellant appreciates this solution by the HHS Secretary and hopes similar relief is applicable to Appellant in this matter.

Respectfully submitted this 22nd day of January 2025,

/s/ Robert Sharpe

Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Office of the Secretary

### Delegation of Authorities

Notice is hereby given that I have delegated to the Deputy Secretary within the Office of the Secretary (OS)/Immediate Office of the Secretary (IOS)/Office of the Deputy Secretary the authority vested in me as the Secretary of Health and Human Services (HHS) pursuant to section 41 U.S.C. 4712(c)(1), to issue an order denying relief as a final agency action for cases in which the Office of the Inspector General (OIG)/Office of Investigations has found allegations of whistleblower retaliation to be unsubstantiated. This delegation supersedes any and all delegations of authority within IOS or in any other U.S. Department of Health and Human Services Operating Division or Staff Division relating to denying relief as a final agency action for unsubstantiated whistleblower complaints as determined by OIG (pursuant to 41 U.S.C. 4712(c)(1)). I hereby affirm and ratify any actions taken by the Deputy Secretary of HHS, or other officials, which involve the exercise of these authorities prior to the effective date of this delegation.

This delegation of authority is effective immediately.

This delegation of authority may be re-delegated.

This delegation of authority does not impact any other delegations of authority within any other Department of Health and Human Services Operating Division or Staff Division.

**Xavier Becerra,**
*Secretary.*
[FR Doc. 2024–11683 Filed 5–28–24; 8:45 am]
**BILLING CODE P**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## National Institutes of Health

### Office of the Director; Notice of Closed Meeting

Pursuant to section 1009 of the Federal Advisory Committee Act, as amended, notice is hereby given of the following meeting.

The meeting will be closed to the public in accordance with the provisions set forth in sections 552b(c)(4) and 552b(c)(6), Title 5 U.S.C., as amended. The grant applications and the discussions could disclose confidential trade secrets or commercial property such as patentable material, and personal information concerning individuals associated with the grant applications, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

*Name of Committee:* Scientific & Technical Review Board on Biomedical & Behavioral Research Facilities, STOD to review grant applications.
*Date:* June 24, 2024, to June 25, 2024.
*Time:* 9:00 a.m. to 8:00 p.m.
*Agenda:* To review and evaluate grant applications.
*Place:* National Institutes of Health, Center for Scientific Review, 6701 Rockledge Drive, Bethesda, MD 20892 (Virtual Meeting).
*Contact Person:* Santanu Banerjee, Scientific Review Officer (SRO), Center for Scientific Review, National Institutes of Health, 6701 Rockledge Drive, (RK2)/808–M, Bethesda, MD 20892, (301) 435–5947, *santanu.banerjee@nih.gov.*

(Catalogue of Federal Domestic Assistance Program Nos. 93.14, Intramural Research Training Award; 93.22, Clinical Research Loan Repayment Program for Individuals from Disadvantaged Backgrounds; 93.232, Loan Repayment Program for Research Generally; 93.39, Academic Research Enhancement Award; 93.936, NIH Acquired Immunodeficiency Syndrome Research Loan Repayment Program; 93.187, Undergraduate Scholarship Program for Individuals from Disadvantaged Backgrounds, National Institutes of Health, HHS)

Dated: May 22, 2024.

**David W Freeman,**
*Supervisory Program Analyst, Office of Federal Advisory Committee Policy.*
[FR Doc. 2024–11729 Filed 5–28–24; 8:45 am]
**BILLING CODE 4140–01–P**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## National Institutes of Health

### National Institute of Allergy and Infectious Diseases; Notice of Closed Meeting

Pursuant to section 1009 of the Federal Advisory Committee Act, as amended, notice is hereby given of the following meeting.

The meeting will be closed to the public in accordance with the provisions set forth in sections 552b(c)(4) and 552b(c)(6), Title 5 U.S.C., as amended. The grant applications and the discussions could disclose confidential trade secrets or commercial property such as patentable material, and personal information concerning individuals associated with the grant applications, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

*Name of Committee:* Microbiology, Infectious Diseases and AIDS Initial Review Group; Microbiology and Infectious Diseases B Research Study Section.
*Date:* June 20–21, 2024.
*Time:* 11:00 a.m. to 5:00 p.m.
*Agenda:* To review and evaluate grant applications.
*Place:* National Institute of Allergy and Infectious Diseases, National Institutes of Health, 5601 Fishers Lane, Rockville, MD 20852 (Video Assisted Meeting).
*Contact Person:* Mario Cerritelli, Ph.D., Scientific Review Officer, Scientific Review Program, Division of Extramural Activities, National Institute of Allergy and Infectious Diseases, National Institutes of Health, 5601 Fishers Lane, MSC 9823, Rockville, MD 20892, 240–669–5199, *cerritem@mail.nih.gov.*

(Catalogue of Federal Domestic Assistance Program Nos. 93.855, Allergy, Immunology, and Transplantation Research; 93.856, Microbiology and Infectious Diseases Research, National Institutes of Health, HHS)

Dated: May 22, 2024.

**Lauren A. Fleck,**
*Program Analyst, Office of Federal Advisory Committee Policy.*
[FR Doc. 2024–11696 Filed 5–28–24; 8:45 am]
**BILLING CODE 4140–01–P**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## National Institutes of Health

### National Cancer Institute; Amended Notice of Meeting

Notice is hereby given of a change in the meeting of the Board of Scientific Counselors, National Cancer Institute, July 8, 2024, 10:00 a.m. to July 9, 2024, 02:00 p.m., National Cancer Institute, 9609 Medical Center Drive, Bethesda, MD 20892 which was published in the **Federal Register** on May 13, 2024, FR Doc. No. 2024–10293, 89 FR 41445.

This meeting notice is being amended to change the meeting type from closed to partially closed. On July 8, 2024, the open session will be held from 10:00 a.m. to 10:35 a.m. and the closed session will now be held from 10:35 a.m. to 1:45 p.m. On July 9, 2024, the closed session will now be held from 10:00 a.m. to 3:00 p.m. The meeting is partially closed to the public.

Dated: May 22, 2024.

**David W. Freeman,**
*Supervisory Program Analyst, Office of Federal Advisory Committee Policy.*
[FR Doc. 2024–11728 Filed 5–28–24; 8:45 am]
**BILLING CODE 4140–01–P**