UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1651
(7:23-CV-1673-BO-RN)

———————————

ROBERT PAUL SHARPE

      Plaintiff – Appellant

v.

UNITED STATES OF AMERICA

      Defendant – Appellee

## **MOTION FOR AFFIRMATIVE RELIEF**

      Appellant, Robert Sharpe, respectfully comes before this Court requesting affirmative relief at this Court's discretion.

      Attempting in good faith to obtain an "alternative remedy" for retaliation after protected activity, Appellant has run into a scheme denying, *inter alia*, civil rights in North Carolina's bankruptcy system. After protected disclosures to the Bankruptcy Administrator (BA), Appellant has been subject to retaliation and denied equal access to bankruptcy protections.

1

If possible, Appellant requests to make a proper disclosure to AUSA Lilley or someone she recommends. This is a whistleblower case within a whistleblower case. Appellant had reason to call AUSA Lilley previously and was met with professionalism and kindness. After recent events, reaching out to new people is hard and I trust AUSA Lilley.

Additionally, this Court is the primary authority over the Bankruptcy Administrator, where both civil rights and criminal activity has occurred. As a federal compliance expert, Appellant uses these words carefully.

## **SUPPORTED DECISION MAKING (SDM)**

Supported decision-making means helping a person understand, make, and communicate her own decisions and is different for everyone. In the summer of 2022, I signed a SDM agreement with my cousin, one of the people I love most in this world. Per the National Resource Center for Supportive Decision-Making:

> *If a lawyer, doctor, school official, banker, or anyone else is worried that the person with a disability cannot make her own decisions:* this tool can help you explain to the person the ways in which the decisions of a person with a disability are informed and safe.

Appellant's SDM is a senior federal judge (inactive).

As a federal contracting company, bankruptcy was chosen ensuring recognition of federal law, including whistleblower protections. However, the system in North Carolina is unequal and whistleblower protections were ignored.

My family taught me to focus on facts, the law, and respect the courts by preparing, "there is a difference between error and laziness". I have been careful, not using her title as support for arguments in any filing, regardless of treatment. I know her advice was in good faith.

Additionally, a trustee reached out to my family SDM, part of ongoing attempts to pressure Appellant's silence; the attempt failed.

### **RELIEF**

Appellant respectfully requests an opportunity to make a protected disclosure, in a more appropriate forum, at the direction and discretion of this Court.

Respectfully submitted this 5th day of February 2025,

/s/ Robert Sharpe
_____
Robert Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

3